[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

No. 99-2338

IRMA DONES-VAZQUEZ,

Plaintiff, Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Juan M. Perez-Gimenez, U.S. District Judge]

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Boudin, Circuit Judge.

Melba N. Rivera-Camacho on brief for appellant.
Guillermo Gil, United States Attorney, Lilliam E. Mendoza Toro, Assistant United States Attorney, and Nancy B. Salafia, Assistant Regional Counsel, Social Security Administration, on brief for appellee.

October 13, 2000

**Per Curiam**.  After carefully reviewing the briefs and record on appeal, we <u>affirm</u> the Commissioner's decision. The  administrative law judge (ALJ) was not obligated to give  controlling  weight  to  the  treating  psychiatrist's opinion,  inasmuch  as  the  record  contained  conflicting evidence.  *See* 20 C.F.R. § 404.1527(d)(2).  Moreover, the ALJ's  finding  of  adequate  mental  status  was  supported  by substantial  evidence.  No  more  was  exigible,  though  a contrary conclusion might also have been reasonable.  *See, e.g.,*  <u>Manso-Pizarro</u>  v.  <u>Secretary  of  Health  and  Human Services</u>, 76 F.3d 15 (1st Cir. 1996); <u>Perez</u> v.  <u>Secretary of Health  and  Human  Services</u>,  958  F.2d  445  (1st Cir.  1991); <u>Irlanda Oritz</u> v. <u>Secretary of Health and Human Services</u>, 955 F.2d 765 (1st Cir. 1991).

We add that the medical expert properly considered whether  the  appellant's  obesity  qualified  as  a  listed condition, but concluded that it did not.  The appellant's weight fell twenty-six pounds shy of the requirement.  The appellant also fails to make a plausible argument that her combination of impairments equaled a listed condition.  The medical expert found no severe limitation in the range of

motion in her hips and knees, her weight was under the listed minimum, and the ALJ reasonably concluded that her mental status was not markedly limited.  We need go no further.

     <u>Affirmed</u>.  *See* Loc. R. 27 (c).